AO 442 (REV. 12/85 Warrant for Arrest)



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

SEP 2 7 2005

U.S Marshals Service, EDNC

UNITED STATES OF AMERICA

VS.

SHANNON VONTREAL SCOTT

06-82-M-01

WARRANT FOR ARREST

CASE NUMBER: 4:05-CR-78-1-FL2

**FILED**

FEB 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To any Authorized United States Office:

YOU ARE HEREBY COMMANDED to arrest: SHANNON VONTREAL SCOTT

and bring him or her forthwith to the nearest magistrate to answer a(n):

XX INDICTMENT __ Information __ Complaint __ Order Of Court __ Violation Notice __ Probation __ Violation Petition

CHARGING HIM OR HER WITH (Brief description of offense)

Ct. 1 - 21:841(a)(1) and 846 - Conspiracy to distribute more than 50 grams of cocaine base (crack) and a quantity of cocaine.
Ct. 2 - 21:841(a)(1) - Distribution of cocaine.
Ct. 3 - 21:841(a)(1) - Possession with intent to distribute more than 5 grams of cocaine base (crack) and a quantity of cocaine.
Ct. 4 - 18:924(c)(1)(A) - Possession of a firearm in furtherance of a drug trafficking offense.
Ct. 5 - 21:841(a)(1) - Possession with intent to distribute more than 5 grams of cocaine base (crack) and a quantity of cocaine.
Ct. 6 - 21:841(a)(1) - Distribution of 50 grams or more of cocaine base (crack) and a quantity of cocaine.
21:853(p) - FORFEIT Ord. Notice

In violation of Title See Above United States Codes Section(s) See Above

FRED A. CORLEY III
Name of Issuing Officer

Signature of Issuing Officer

Bond Recommended: DETENTION

CLERK OF COURT
Title of Issuing Officer

September 28, 2005 New Bern N.C.

by: U.S. ATTORNEY
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at ___

2-27-06
Date Received

2-27-06
Date of Arrest

Jean McLeod, SDUSM
(Name and Title of Arresting Officer)
(Signature) REPORTING