FILED IN OPEN COURT
ON 9/22/05
Fred L. Borch III, Clerk
US District Court
Eastern District of NC

IJP

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:05CR78-1FL2

06 - 82 - M - 01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | INDICTMENT |
| SHANNON VONTREAL SCOTT | : | |

FILED

FEB 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Grand Jury charges that:

COUNT ONE

Beginning in or about January 2005, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including March 16, 2005, in the Eastern District of North Carolina and elsewhere, SHANNON VONTREAL SCOTT, the defendant herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, to knowingly, intentionally and unlawfully distribute and possess with the intent to distribute more than fifty (50) grams of cocaine base (crack), and a quantity of cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

COUNT TWO

On or about February 17, 2005, in the Eastern District of North Carolina, the defendant, SHANNON VONTREAL SCOTT, did knowingly and intentionally distribute cocaine, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about February 22, 2005, in the Eastern District of North Carolina, the defendant, SHANNON VONTREAL SCOTT, did knowingly and intentionally distribute more than five (5) grams of cocaine base (crack), and a quantity of cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about February 22, 2005, in the Eastern District of North Carolina, the defendant, SHANNON VONTREAL SCOTT, did knowingly possess a firearm during and in relation to a drug trafficking offense prosecutable in a court of the United States, as set forth in Count Three of the Indictment, specifically, a Tech-9 handgun, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

On or about March 3, 2005, in the Eastern District of North Carolina, the defendant, SHANNON VONTREAL SCOTT, did knowingly and intentionally distribute more than five (5) grams of cocaine base (crack), and a quantity of cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

On or about March 16, 2005, in the Eastern District of North Carolina, the defendant, SHANNON VONTREAL SCOTT, did knowingly and intentionally distribute more than fifty (50) grams of cocaine base (crack), and a quantity of cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE NOTICE

SHANNON VONTREAL SCOTT, (herein "the defendant") is given notice of the provisions of Title 21 United States Code, Section 853, that all of his interest in all property specified herein is subject to forfeiture. As a result of the offenses in Counts One through Four of the indictment, the defendant shall forfeit to the United States any and all property constituting, or derived from, any proceeds the said defendant obtained directly or indirectly as a result of the said offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged in Counts One through Four of the indictment and any property, real or personal, involved in such offenses, or any property traceable to such property.

The forfeitable property includes, but is not limited to:

The gross proceeds of the defendant's illegal acts, in an amount of at least 105,000.00.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be

subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

_____
FOREPERSON
DATE: 9/21/05

FRANK D. WHITNEY
United States Attorney

BY: IMELDA J. PATE
Special Assistant United States Attorney

I certify the foregoing to be a true and correct copy of the original.
Frod L. Borch III, Clerk
United States District Court
Eastern District of North Carolina
By: _____ Deputy Clerk